UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re: : Case No. 17-22668 (rdd)

Bonnie Allison Leger - Calgi, : Chapter 13

                      Debtor :

---

## ORDER TERMINATING LOSS MITIGATION AND FINAL REPORT

**Name of Creditor**:  Santander Bank, N.A.

**Property Address**:  43 Fourth Avenue, Pelham, NY 10803

**Last Four Digits of Account Number of Loan**: 6243

**File Date of Loss Mitigation request**: 05/01/2017

**Date of Entry of Loss Mitigation Order**: 06/19/2017

**Date of Entry of Order Approving Settlement (*if any*)**: _____

**Other Requests for Loss Mitigation in this Case**: ____ Yes     X   No

    The use of the Court's Loss Mitigation Program Procedures has resulted in the following *[please check appropriate box below]*:

| | | | |
|---|---|---|---|
| ☐ | Loan modification | ☐ | Surrender of property |
| ☐ | Short sale | X | No agreement has been reached |
| ☐ | Other: Arrears to be paid in chapter 13 plan. | | |

    **ORDERED**, that Loss Mitigation is terminated with respect to the Loan identified above by the last four digits of the account number.

Dated: White Plains, New York
       March 22, 2019

                                          /s/ Robert D. Drain
                                          United States Bankruptcy Judge